[No. 48714-1-I.   Division One.   August 26, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. RICKY D. LEWIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-00137-8, Ann Schindler, J., entered May 22, 2001. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Cox, A.C.J., and Baker, J.

[No. 48916-0-I.   Division One.   August 26, 2002.]

BRYAN C. LAPORTE, ET AL., *Respondents*, v. DEFINITIVE HOMESTYLING, INC., ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 99-2-51843-8, Bruce W. Hilyer, J., entered June 26, 2001. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Cox, A.C.J., and Ellington, J.

[No. 48958-5-I.   Division One.   August 26, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES ADAMS, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 00-1-00508-8, Gerald L. Knight, J., entered June 15, 2001. *Affirmed* by unpublished opinion per Cox, A.C.J., concurred in by Kennedy and Ellington, JJ.

[Nos. 49182-2-I; 50310-3-I.   Division One.   August 26, 2002.]

WILLIAM P. WILSON, ET AL., *Appellants*, v. DONALD BALL, ET AL., *Respondents*.

Appeals from judgments of the Superior Court for King County, No. 00-2-31523-6, James A. Doerty, J., entered July 31, and August 24, 2001. *Reversed* by unpublished per curiam opinion.